# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 718 |
| | : |
| APPOINTMENTS TO THE CONTINUING | : SUPREME COURT RULES |
| | : |
| LEGAL EDUCATION BOARD | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2016, Dusty Elias Kirk, Esquire, Allegheny County, and Jason E. Matzus, Esquire, Allegheny County, are hereby appointed as members of the Continuing Legal Education Board for a term of three years commencing January 1, 2017.